COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| NANCY FERNANDEZ-GRAHAM, | § | No. 08-23-00198-CV |
| Appellant, | § | Appeal from the |
| v. | § | 456th Judicial District Court |
| KENNETH GRAHAM, | § | of Guadalupe County, Texas |
| Appellee. | § | (TC#18-1579-CV-A) |

## J U D G M E N T

The Court has considered this cause on Appellant's unopposed motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF AUGUST, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, J.J.